# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3748
_____

Franklin Sandoval Nelson

*Plaintiff - Appellant*

v.

Jim Croymans, Chief of Police, City of Sisseton in his official and individual capacities; City of Sisseton, a municipal corporation in the official and individual capacities; Kerry M. Cameron, Former Roberts State's Attorney in the official and individual capacities; Tim Zempel, Roberts County Comm. in his official and individual capacities; Roberts County, in the official and individual capacities; Timothy J. Cummings, officer of the Court (Lawyer) in his official and individual capacities; Robin Weinkauf, a/k/a Anger, Skidmore (prosecutrix) in her official and individual capacities; Brent Fluke, Warden, Mike Durfee State Prison in his official and individual capacities; Darin Young, Warden, South Dakota State Prison in his official and individual capacities; Robert Dooley, Former Warden of MDSP in his official and individual capacities

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota
_____

Submitted: April 28, 2022
Filed: May 3, 2022
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

South Dakota resident Franklin Nelson appeals following the dismissal of his pro se civil rights action. After careful review of the record and the parties' arguments on appeal, we affirm the district court's[1] challenged rulings for the reasons stated in its orders. We also reject Nelson's claim of judicial bias. The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.